

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Leslie Campbell,                           \* From the 350th District Court
                                            of Taylor County,
                                            Trial Court No. 16186-D.

Vs. No. 11-24-00028-CR                \* January 15, 2026

The State of Texas,                     \* Memorandum Opinion by Bailey, C.J.
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.